## SCHNELLER v. UNITED STATES.

### No. 45804.

Court of Claims.

Dec. 2, 1946.

Ansell and Ansell, of Washington D. C. (Mahlon C. Masterson, of Washington, D.C., on the brief), for plaintiff.

Currell Vance, of Washington, D. C., and John F. Sonnett, Asst. Atty. Gen., for defendant.

Before WHALEY, Chief Justice, and LITTLETON, WHITAKER, JONES, and MADDEN, Judges.

PER CURIAM.

The plaintiff is an Army officer. His suit is for the statutory rental and subsistence allowances for an officer of his rank and length of service, whose father and mother were dependent upon him for support for two periods for which these allowances were not paid him. The pertinent statute is the Act of June 10, 1922, 42 Stat. 625, as amended by the Act of May 31, 1924, 43 Stat. 250, 37 U.S.C.A. § 10. The findings of fact show that the plaintiff is entitled to recover. The entry of judgment will be suspended pending the filing of a stipulation by the parties showing the amount due under the foregoing findings and this opinion.

It is so ordered.